IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ESTATE OF ARTHUR HOLLAND BY AND
THROUGH DAVID HOLLAND, FOR THE USE AND
BENEFIT OF THE ESTATE OF ARTHUR
HOLLAND, AND FOR THE USE AND BENEFIT OF
THE WRONGFUL DEATH BENEFICIARIES OF
ARTHUR HOLLAND                                              PLAINTIFFS

VS.                                 CIVIL ACTION NO. 4:12CV25 CWR-LRA

RICHARDS, HIGDON & TEAM TITLE, LLC
F/K/A RICHARDS & HIGDON, LLC AND
CHRISTINA H. GAUDIN                                         DEFENDANTS

### AGREED ORDER OF DISMISSAL

**CAME ON FOR CONSIDERATION**, the parties' joint motion, *ore tenus*, for dismissal of this lawsuit without prejudice, of the above styled and numbered cause, and the Court, being advised that the parties are desirous of dismissing this lawsuit without prejudice, finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT** this lawsuit should be and hereby is dismissed in its entirety and without prejudice, with each party to bear his own costs.

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2012.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

*Agreed to by:*

s/Charles R. Ward, Jr.
Charles R. Ward, Jr., Esq.
71234 Hendry Avenue
Covington, LA  70433
*Attorney for the Estate of Arthur*
*Holland by and Through David Holland*


s/James G. Wyly, III
James G. Wyly, III, Esq.
Scott Ellzey, Esq.
Adam B. Harris, Esq.
PHELPS DUNBAR LLP
NorthCourt One | 2304 19th Street, Suite 300
Gulfport, Mississippi 39501
*Attorneys for Christina H. Gaudin, and*
*RICHARDS, HIGDON & TEAM TITLE, LLC*
*f/k/a RICHARDS & HIGDON, LLC*